

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ackerman, Harold A. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>05/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>305 USPO and Courthouse<br>P.O. Box 999<br>Newark, NJ 07101-0999 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 11 A 10: 37 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | New Jersey Division of Pensions | $24,159.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A. | 05/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dallas Fort Worth TX | A | Interest | J | T | | | | | |
| 2. Carlstadt, NJ School District | B | Interest | K | T | | | | | |
| 3. Bernards Township School District | A | Interest | J | T | | | | | |
| 4. Puerto Rico Commonwealth HWY | B | Interest | K | T | | | | | |
| 5. Miami-Dade County FL | A | Interest | J | T | | | | | |
| 6. Dallas Forth Worth TX | A | Interest | J | T | | | | | |
| 7. NJ EDA Garden State | A | Interest | J | T | | | | | |
| 8. NJ ECN DV at WTR | A | Interest | J | T | | | | | |
| 9. Salem Co. NJ Indl. INDL PCFA | A | Interest | J | T | | | | | |
| 10. NJ Economic Development Auth. | B | Interest | K | T | | | | | |
| 11. Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 12. Port Authority NY and NJ Cons | B | Interest | K | T | | | | | |
| 13. Puerto Rico Commonwealth | A | Interest | K | T | | | | | |
| 14. Hillsborough Twsp. School District | A | Interest | J | T | | | | | |
| 15. Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 16. NJ Health Care FCS | A | Interest | J | T | | | | | |
| 17. North Hudson Sew Auth. NJ | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NJ Economic Development Auth. | A | Interest | J | T | | | | | |
| 19. NJ Sport Exp at Sport Complex | A | Interest | | | Redeemed | 06/02 | J | D | |
| 20. NJ Econ Dev Auth WTR FCS | B | Interest | K | T | | | | | |
| 21. NJ EDA Nat. Gas | A | Interest | J | T | | | | | |
| 22. NJ State Var Purp | A | Interest | J | T | | | | | |
| 23. NJ HCFFA RV HSP | A | Interest | J | T | | | | | |
| 24. NJ EDA Water FC RV AMER WTR CO. | A | Interest | K | T | | | | | |
| 25. NJ State Hwy Auth Pkwy | A | Interest | J | T | | | | | |
| 26. West Deptford Twp. NJ | A | Interest | J | T | | | | | |
| 27. New Jersey Health Care FFA | A | Interest | J | T | | | | | |
| 28. Delaware River Port Auth. | A | Interest | | | Redeemed | 01/02 | J | C | |
| 29. Puerto Rico SPL Tax Rev (Puerto Rico Cmnwlth in 2006 report) | A | Interest | | | Redeemed | 01/02 | K | E | |
| 30. New Jersey State EDL FACS | A | Interest | J | T | | | | | |
| 31. Puerto Rico Commonwealth | A | Interest | | | Redeemed | 07/01 | K | E | |
| 32. NJ State Govt/UO | A | Interest | J | T | | | | | |
| 33. New Jersey EDL FFA REV | A | Interest | J | T | | | | | |
| 34. New Jersey St EFA Rev | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. South Jersey Transportation for NJ Transit System | A | Interest | J | T | | | | | |
| 36. Rutgers, State Univ of NJ | A | Interest | J | T | | | | | |
| 37. New Jersey Sports Exp A | A | Interest | J | T | | | | | |
| 38. New Jersey St Trans TR FD | A | Interest | J | T | | | | | |
| 39. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 40. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 41. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 42. New Jersey State Exempt FA | A | Interest | J | T | | | | | |
| 43. Dallas Fort Worth Tex ARPT | A | Interest | J | T | | | | | |
| 44. Denver Colo City & Cnty | A | Interest | J | T | | | | | |
| 45. Puerto Rico Comwlth Hwy | A | Interest | J | T | | | | | |
| 46. Miami-Dade Cnty FL | A | Interest | J | T | | | | | |
| 47. Miami-Dade Cnty FL | A | Interest | J | T | | | | | |
| 48. Massachusetts Bay Transn Auth SLS | A | Interest | J | T | | | | | |
| 49. California St | A | Interest | J | T | | | | | |
| 50. NJ Turnpike Authority | A | Interest | J | T | | | | | |
| 51. NJ Economic Development Authority -- Motor Vehicle Surcharge | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Miami-Dade County Florida International Airport | A | Interest | J | T | | | | | |
| 53. NJ Econ Dev Auth WTR FACS REV | B | Interest | K | T | | | | | |
| 54. Bayonne NJ Mun Utls Auth | A | Interest | J | T | | | | | |
| 55. California St Various Purposes | A | Interest | J | T | | | | | |
| 56. Port Auth NY & NJ | A | Interest | J | T | | | | | |
| 57. New Brunswick NJ PKG | B | Interest | K | T | | | | | |
| 58. New Jersey State EDL FCS A Kean Univ | A | Interest | J | T | | | | | |
| 59. Nutley NJ Sch Dist | A | Interest | J | T | | | | | |
| 60. Montgomery Twp NJ Brd Ed | B | Interest | K | T | | | | | |
| 61. Hudson Cnty NJ Impt Auth | A | Interest | J | T | | | | | |
| 62. S Jersey Tran at NJ Tran | A | Interest | J | T | | | | | |
| 63. S Jersey Tran at NJ Tran | A | Interest | J | T | | | | | |
| 64. Delaware Riv JT TLL Brdg | A | Interest | J | T | | | | | |
| 65. New Brunwick NJ Pkg | B | Interest | K | T | | | | | |
| 66. Mount Holly NJ Mun Utils | A | Interest | J | T | | | | | |
| 67. Puerto Rico Hwy-Transn | A | Interest | J | T | Buy | 06/23 | J | | |
| 68. Monroe Twp Middlesex NJ | A | Interest | J | T | Buy | 05/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Puerto Rico Hwy-Transn | A | Interest | J | T | Buy | 03/03 | J | | |
| 70. New Jersey St EDL FACS | A | Interest | J | T | Buy | 02/05 | J | | |
| 71. Port Auth NY & NJ | A | Interest | J | T | Buy | 08/05 | J | | |
| 72. Livingston Twp NJ Sch | A | Interest | J | T | Buy | 01/03 | J | | |
| 73. New Jersey St EDL FACS | A | Interest | J | T | Buy | 01/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A. | 05/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A. | 05/01/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544